```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SPENCER TRASK SOFTWARE AND
INFORMATION SERVICES, LLC, formerly
known as SPENCER TRASK INTERNET
GROUP, LLC; and SPENCER TRASK
VENTURES, INC.,

                Plaintiffs,

                   v.

RPOST INTERNATIONAL LIMITED; ZAFAR
KHAN; TERRY TOMKOW; and KEN BARTON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND ORDER**

No. 02 CV 1276 (PKL)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the above-entitled action is hereby DISMISSED in its entirety, without prejudice, as to defendant Ken Barton, each side to bear its own attorneys' fees and costs.

Dated: February 29, 2008

                                        PATTERSON BELKNAP WEBB & TYLER LLP
                                        1133 Avenue of the Americas
                                        New York, New York 10036-6710
                                        (212) 336-2000

                                        By: _____
                                           Stephen P. Younger
                                           spyounger@pbwt.com

1432856v.1

        Attorneys for Plaintiffs Spencer Trask Software and Information Services, LLC, formerly known as Spencer Trask Internet Group LLC, and Spencer Trask Ventures, Inc.

        -and-

        BUTERA & ANDREWS
        1301 Pennsylvania Avenue NW
        Washington, DC 20004

        By: _____
        Dennis Hart
        dhart@butera-andrews.com

        Attorneys for Defendants RPost International Limited, Zafar Khan, Terry Tomkow and Ken Barton

SO ORDERED: _____    Dated: 3/03/08